IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| REBECCA CARNES and WENDY CARNES, | * |
| Plaintiffs, | * |
| v. | Case No. 3:23-cv-140-CDL |
| | * |
| LANDMARK PROPERTIES, INC. and NATIONAL CREDIT SYSTEMS, INC., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 8, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 8th day of April, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk